**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALEXIS PAUPAW-MYRIE,

                Plaintiff,

  -against-                                      21 **CIVIL** 11237 (CS)

                                                     **JUDGMENT**

MOUNT VERNON CITY SCHOOL DISTRICT
and NATASHA HUNTER-MCGREGOR,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 30, 2023, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 30, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                                       **BY:**    *K. Mango*

                                                        _____
                                                             **Deputy Clerk**